■ In the Matter of DANIEL J. CELANI et al., Respondents-Appellants, v ANTHONY A. MARCONI, as Commissioner of City of Buffalo Department of Inspections and Community Revitalization, et al., Appellants-Respondents. (Appeal No. 1.) [683 NYS2d 469] —Appeal and cross appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Erie County, Walawender, J. H. O.—Set Aside Verdict.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.